# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **INTERSTATE AGREEMENT ON** |
| | ) | **DETAINERS ORDER** |
| vs. | ) | |
| | ) | Case No.  1:09-cr-024-02 |
| Robert Elmer Knodel, | ) | |
| | ) | |
| Defendant. | ) | |

On May 21, 2009, Defendant Robert Elmer Knodel ("Knodel") made his initial appearance in the above-entitled action and was arraigned. AUSA Clare Hochhalter appeared on the Government's behalf. Attorney Steven Balaban was appointed as defense counsel and appeared on Knodel's behalf.

Prior to his initial appearance, Knodel was incarcerated by the State of North Dakota at the James River Correctional Center in Jamestown, North Dakota. After the indictment in this case was returned and an arrest warrant issued, a detainer was filed by the United States with the North Dakota prison officials. Pursuant to the Interstate Agreement on Detainers Act ("IADA"), Knodel's appearance before this court for his initial appearance and arraignment was secured by a writ of habeas corpus *ad prosequendum*.

During the hearing, Knodel was advised of his rights under the IADA to continued federal custody until the charges set forth in the indictment are adjudicated. Knodel knowingly, voluntarily, and upon advice of counsel waived the anti-shuttling provisions of the IADA and stipulated to his continued housing by the State of North Dakota (the "sending state" under the

IADA) at the James River Correctional Center pending trial of the charges on the indictment by the United States (the "receiving state" under the IADA).

Based on Knodel's waiver of the anti-shuttling provisions of the IADA, **IT IS HEREBY ORDERED** that Knodel be housed in the "sending state" under the IADA, at the James River Correctional Center in Jamestown, North Dakota, pending trial of this matter or until further order of the court.  Further, pursuant to Knodel's waiver, the return of Knodel to his place of incarceration pending trial shall not be grounds under the IADA for dismissal of the charges set forth in the indictment.

Dated this 21st day of May, 2009.

/s/  Charles S.  Miller, Jr.
Charles S.  Miller, Jr.
United States Magistrate Judge